FILED

2013 Aug-15  PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **GREGORY W. MIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 5:13-CV-00672-CLS** |
| | ) | |
| **TENNESSEE VALLEY** | ) | |
| **AUTHORITY BOARD OF** | ) | |
| **DIRECTORS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

This matter is before the court on defendants' motion to stay discovery, all Fed. R. Civ. P. 26 deadlines, and all Local Rule 26 deadlines pending resolution of defendant's motion for judgment on the pleadings.[1]  Plaintiff opposes the motion, but has not filed a timely brief explaining his reasons for doing so.[2]

The Eleventh Circuit, in *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997), made clear that "[f]acial challenges to the legal sufficiency of a claim . . . should . . . be resolved before discovery begins." *Id.* at 1367.

> Such a dispute always presents a purely legal question; there are no issues of fact because the allegations contained in the pleading are presumed to be true. *See Mitchell v. Duval County Sch. Bd.*,

---

[1] *See* doc. no. 11 (Motion to Stay), at 1; doc. no. 8 (Defendant's Brief in Support of Motion to Stay), at 1.

[2] *See* doc. no. 11 (Motion to Stay), at 1.

107 F.3d. 837, 838 n. 1 (11th Cir.1997) (*per curiam*). Therefore, neither the parties nor the court have any need for discovery before the court rules on the motion. *See Kaylor v. Fields*, 661 F.2d 1177, 1184 (8th Cir.1981).

*Chudasama*, 123 F.3d at 1367; *see also, e.g.*, *McCabe v. Foley*, 233 F.R.D. 683, 685

(M.D. Fla. 2006) (applying *Chudasama*).

Accordingly, and upon consideration, defendant's motion is GRANTED, and

discovery in this action is STAYED pending further order of this court.

DONE this 15th day of August, 2013.

_____
United States District Judge